FILED
May 4, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk



## IN THE THIRD COURT OF APPEALS
## AT AUSTIN, TEXAS

| | | |
|---|---|---|
| GEORGE HENRY WALKER, | § | CAUSE NO. 03-14-00789-CR |
| Appellant | § | TRIAL COURT NO. B 13-0883-SB |
| | § | |
| | | CAUSE NO. 03-14-00790-CR |
| V. | § | TRIAL COURT NO. B 14-0650-SA |
| | § | |
| THE STATE OF TEXAS, | § | CAUSE NO. 03-14-00791-CR |
| Appellee | § | TRIAL COURT NO. B 14-0994-SB |

## MOTION FOR ACCESS TO APPELLATE RECORD

**NOW COMES** George Henry Walker, TDCJ No. 01967140, Middleton Transfer Facility, 13055 FM 3522, Abilene, Texas 79601 and respectfully moves this Honorable Court to grant him access to the appellate record in the above-referenced causes in order to effectuate his right to file a response to the *Anders* briefs filed herein by Appellant's appellate counsel.

Respectfully submitted,

George Henry Walker
TDCJ No. 01967140
J. Middleton Transfer
Facility
13055 FM 3522
Abilene, Texas 79601
Date: 4-29-15

RECEIVED
MAY 0 4 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

## CERTIFICATE OF SERVICE AND OF
## COMPLIANCE WITH RULE 9

This is to certify that on April ____, 2015, a true and correct copy of the above and foregoing document was served on George McCrea, District Attorney, Court Street Annex, 124 W. Beauregard, San Angelo, Texas in accordance with the *Texas Rules of Appellate Procedure*, and that Appellant's ~~motion~~ motion is in compliance with Rule 9 of the *Texas Rules of Appellate Procedure* and that portion which must be included under Rule 9.4(i)(1) contains 238 words.

George Henry Walker
TDCJ No. 01967140
J. Middleton Transfer
Facility
13055 FM 3522
Abilene, Texas 79601

Date: 4-14-15

George Walker #1967140
J. Middleton
13055 FM 3522
Abilene, Tx. 79601

Legal Mail

ABILENE TX 795
30 APR 2015 PM 1 T

78711+2547

Jeffrey D. Kyle
3rd Court of Appeals
P.O. Box 12547
Austin, Tx. 78711